UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY A. TORO,

    Plaintiff,

v.                                          Case No. 8:22-cv-1579-WFJ-AEP

NATALIA A. CORREA,

    Defendant.
_____/

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

Before the Court is Johnny A. Toro's complaint and application filed this day and brought under the 1980 Hague Convention on Civil Aspects of International Child Abduction, 42 U.S.C. § 11603(b) and 22 U.S.C. § 9001 *et seq* (ICARA). Mr. Toro is the biological father of a minor son who has been allegedly abducted or kept by his birth mother in Spain, while the child is visiting.

A petition under the Hague Convention may be commenced by filing a petition "in any court which has jurisdiction of such action and which is authorized to exercise its jurisdiction in the place where the child is located at the time the petition is filed." 22 U.S.C. § 9003(b). This Court is not authorized to exercise its jurisdiction in Spain, where the child is located. Mr. Toro will have to seek relief under the Hague Convention in the court having jurisdiction over the child and/or birth mother—the appropriate court in Spain where the child and mother are.

**DONE AND ORDERED** at Tampa, Florida, on July 13, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE